```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

NEAMIA B. BAKER,             )
                             )
          Plaintiff,         )
                             )     1:22CV426
     v.                      )
                             )
KAREN TATE CORMACK and       )
CLAUDE CEDRICK CORMACK,      )
                             )
          Defendants.        )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 20, 2022, was served on the parties in this action. Plaintiff objected to the Recommendation. (Doc. 6.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction. Such dismissal is without prejudice to Plaintiff pursuing whatever claims she may believe she has in any other forum, such as in state court.

                              /s/   Thomas D. Schroeder
                              United States District Judge
October 11, 2022